IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MONTGOMERY CARL AKERS,

    Petitioner,

 -vs-

J. S. WALTON,

    Respondent.                    No. 13-cv-375-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 13, 2013, the Petition for Writ of Habeas Corpus is **DISMISSED** with prejudice.

                                          NANCY J. ROSENSTENGEL,
                                          CLERK OF COURT

                                          BY:  *s/Sara Jennings*
                                                    Deputy Clerk

**DATED:** October 10, 2013

Digitally signed by David R. Herndon
Date: 2013.10.10 16:27:29 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT